UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BMO BANK, N.A.,

                              Plaintiff,

-v-

PRATEEK GATTANI,

                              Defendant.

24 Civ. 6897 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's declaration in support of default judgment. Dkt. 9. However, plaintiff has failed to submit all necessary supporting documentation pursuant to this Court's Individual Rules and Federal Rule of Civil Procedure 55(b)(2). Specifically, plaintiff has not yet filed a motion for default judgment or a proposed default judgment. Plaintiff must also supplement its declaration to set forth the proposed damages and their bases. Accordingly, the Court directs plaintiff forthwith to refile a supplemented declaration along with all the required materials for default judgment.

SO ORDERED.

                                                                             *Paul A. Engelmayer*

                                                                 PAUL A. ENGELMAYER
                                                                 United States District Judge

Dated: November 19, 2024
       New York, New York