UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BMO BANK N.A.,

                         Plaintiff,

-v-

PRATEEK GATTANI,

                         Defendant.

24 Civ. 6897 (PAE) (HJR)

ORDER OF
DEFAULT JUDGMENT

---

PAUL A. ENGELMAYER, District Judge:

On September 12, 2024, plaintiff BMO Bank N.A. ("BMO Bank") filed the complaint in this case. Dkt. 1. On September 19, 2024, BMO Bank served defendant Prateek Gattani with process. Dkt. 7. Gattani failed to respond to the complaint or appear in this action.

On November 12, 2024, BMO Bank obtained a Clerk's Certificate of Default. Dkt. 10. On December 4, 2024, BMO Bank filed a motion for a default judgment. Dkts. 13–16.

On December 10, 2024, the Court found that the papers in support of BMO Bank's motion were in good order. Dkt. 17. The Court ordered Gattani, if he wished to oppose the motion, to enter an appearance and file an opposition to BMO Bank's motion for default judgment by January 2, 2025. *Id.* The Court ordered BMO Bank to serve the December 10, 2024 order on Gattani by December 17, 2024. *Id.* BMO Bank did so. Dkt. 18. To date, Gattani has not entered an appearance or otherwise opposed BMO Bank's motion.

The Court has reviewed BMO Bank's motion for default judgment pursuant to Federal Rule of Civil Procedure 55(b), Dkt. 13, and its supporting affirmation with annexed exhibits, Dkt. 14. Because proof of service has been filed; Gattani has not answered the complaint and the

1

time for answering the complaint has expired; and Gattani failed to appear to contest entry of a default judgment, the Court enters a default judgment for BMO Bank against Gattani.

The Court, by separate order, will commission an inquest into damages. The Court respectfully directs the Clerk of the Court to terminate the motion pending at docket 13.

SO ORDERED.

                                                                        *Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 10, 2025
       New York, New York